02-12-338-CV









 
 
 
 
 
 
 
 
 
 
 
 
 
 COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00338-CV 

 

 


 
 
 Peter C. Kern and Sheri D. Kern
 
 
  
 
 
 APPELLANTS
 
 
 
 
  
 V.
  
 
 
 
 
 Cooke County, FM and Lateral Road, GainEsville
 Hospital District, North Central Texas College, Road and Bridge Fund, and Sivells
 Bend Independent School District
 
 
  
 
 
 APPELLEES 
 
 


 

 

------------

 

FROM THE 235th
District Court OF Cooke COUNTY

------------

MEMORANDUM
OPINION[1] AND
JUDGMENT

------------

 

We
have considered appellants' “Motion For Order
Dismissing Appeal.”  It is the court’s opinion that the motion should be
granted; therefore, we dismiss the appeal.  See Tex. R. App. P.
42.1(a)(1), 43.2(f).

          Costs
of the appeal shall be paid by appellants,
for which let execution issue.  See Tex. R. App. P. 42.1(d).

 

                                                                             PER
CURIAM

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.  

 

DELIVERED: 
February 21, 2013 








 









[1]See Tex. R. App. P. 47.4.